# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00001-GMN-GWF |
| vs. | **ORDER** |
| JOSEPH CARVER FOX, | |
| Defendant. | |

This matter is before the Court on the Motion to Withdraw as Counsel of Record (#44), filed November 12, 2015. Upon review and consideration, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record (#44) is **granted**.

DATED this 18th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge